FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR08-00962 SJO |
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ ) Supervised Release Conditions) |
| SANTINA MARIE REA | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. [X]  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_she cannot refrain from substance abuse & comply w/conditions_

(B) [X]  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_she can refrain from substance abuse & comply w/condition_

IT IS ORDERED that defendant be detained.

DATED: 1/17/14

_/s/ SH Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2